| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288) |
|   | Acting United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558) |
|   | Chief, Civil Division |
| 3 | ELIZABETH D. KURLAN (CABN 255869) |
|   | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EYUP BATKITAR, | Case No. 3:25-cv-02578 LJC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ORDER** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. | |

The parties hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before June 18, 2025. The parties make this request because Defendants need a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or July 25, 2025. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by August 25, 2025.

Stipulation to Extend
C 3:25-cv-02578 LJC                    1

| | |
|---|---|
| Dated: May 23, 2025 | Respectfully submitted,[1] |
| | PATRICK D. ROBBINS<br>Acting United States Attorney |
| | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: May 23, 2025 | */s/ Arash Yasrebi*<br>ARASH YASREBI<br>Yasrebi Law<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 23, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.