CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EYUP BATKITAR,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>            Defendants. | Case No. 3:25-cv-02578 LJC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ORDER** |

      On May 23, 2025, the Court granted the parties' first stipulation to extend time for Defendants' response to Plaintiffs' complaint. *See* Dkt. 13. The parties hereby stipulate to an additional extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before July 2, 2025. The parties make this request because Defendants' counsel has been out on leave and has been handling multiple cases with emergency deadlines, and counsel needs additional time to prepare and to finalize Defendants' response. For these reasons, and as articulated below in Declaration of Counsel, the parties respectfully request that the Court grant their stipulation. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by September 8, 2025.

Dated: June 18, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 18, 2025

/s/ Arash Yasrebi
ARASH YASREBI
Yasrebi Law
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 20, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 3:25-cv-02578 LJC                    2