CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EYUP BATKITAR,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

Defendants.

Case No. 3:25-cv-02578 LJC

**JOINT STATUS REPORT AND STIPULATION TO STAY THE CASE; ORDER**

The parties apologize to the Court for failing to comply with the Court's Order dated April 29, 2026, Dkt. No. 18, requiring the parties to file a status report by May 13, 2026, due to the need for the parties to reach an agreement on the joint status.

Plaintiff filed a complaint seeking adjudication of his asylum application.  On June 20, 2025, the Court granted the parties' second stipulation to extend time for Defendants' response.  Dkt. No. 15.  On July 7, 2025, Defendants filed their answer to Plaintiff's complaint, Dkt. No. 17.  Defendants did not file their motion for summary judgment by September 8, 2025, due to the parties' ongoing discussions on how to proceed with this case.  Plaintiff submitted a Declaration of Intent to Withdraw Request for Asylum with the United States Citizenship and Immigration Services, and Plaintiff was determining whether to proceed with the withdrawal in exchange for USCIS issuing Plaintiff a Notice to Appear or

Joint Status Report
C 3:25-cv-02578 LJC                                  1

wait for an asylum interview.  Plaintiff decided to wait for an asylum interview.  On December 2, 2025, United States Citizenship and Immigration Services issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. See https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf (last accessed May 15, 2026). Additional guidance regarding the Policy Memorandum continues to be issued, including lifting the hold on certain individuals and groups of individuals. In order to allow time for USCIS to determine how to proceed in this matter given the recent updated guidance, the parties have agreed to continue the stay of proceedings.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 17, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 19, 2026                              Respectfully submitted,[1]

                                                CRAIG H. MISSAKIAN
                                                United States Attorney


                                                /s/ Molly A. Friend
                                                MOLLY A. FRIEND
                                                Assistant United States Attorney
                                                Attorneys for Defendants


Dated: May 19, 2026

                                                /s/ Arash Yasrebi
                                                ARASH YASREBI
                                                Yasrebi Law
                                                Attorney for Plaintiff

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report
C 3:25-cv-02578 LJC                              2

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 19, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

Joint Status Report
C 3:25-cv-02578 LJC                    3